# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DONALD BILLMAN, | : | No. 17 EAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated March 12, |
| | : | 2014 at No. 426 MD 2011 dismissing the |
| v. | : | petition for review |
| | : | |
| | : | |
| ATTORNEY GENERAL OF | : | |
| PENNSYLVANIA, LINDA A. KELLEY; | : | |
| JOHN E. WETZEL, SECRETARY, | : | |
| DEPARTMENT OF CORRECTIONS; | : | |
| DONNA VARNER, CHIEF GRIEVANCE | : | |
| OFFICER, DEPARTMENT OF | : | |
| CORRECTIONS; DAVID A. VARANO, | : | |
| SUPERINTENDENT, S.C.I. COAL | : | |
| TOWNSHIP; R. MCMILLAN, DEPUTY | : | |
| SUPERINTENDENT, S.C.I. COAL | : | |
| TOWNSHIP; KANDIS DASCANI, | : | |
| GRIEVANCE COORDINATOR, S.C.I. | : | |
| COAL TOWNSHIP, M.P. CORBACIO, | : | |
| ACTIVITIES SUPERVISOR, S.C.I. COAL | : | |
| TOWNSHIP; DAN DIEHL, ACTIVITIES | : | |
| STAFF, S.C.I. COAL TOWNSHIP, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 19th day of November, 2014, the Order of the Commonwealth Court is **AFFIRMED**.